FORM 26. Docketing Statement                                    Form 26 (p. 1)
                                                                July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2023-1317

**Short Case Caption:** Roku, Inc. v. Int'l Trade Comm'n

**Filing Party/Entity:** Intervenors Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.

**Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| U.S. Int'l Trade Comm'n | 337-TA-1263 | Administrative Proceeding |

**Relief sought on appeal:** ☐ None/Not Applicable

Intervenors seek affirmance of the Commission's final determination of no violation as to the allegations related to U.S. Patent No. 7,388,511

**Relief awarded below (if damages, specify):** ☑ None/Not Applicable

**Briefly describe the judgment/order appealed from:**

On October 28, 2022, the Commission issued a final determination finding no violation of Section 337 and terminated the investigation.

**Nature of judgment (select one):**           **Date of judgment:** 10/28/22

☑ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain)                    _____

FORM 26. Docketing Statement                                      Form 26 (p. 2)
                                                                  July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.  ☑ None/Not Applicable

|  |
|--|
|  |

Issues to be raised on appeal:   ☐ None/Not Applicable

| Whether the Commission correctly found no violation of Section 337 as to U.S. Patent No. 7,388,511. |
|--|

Have there been discussions with other parties relating to settlement of this case?
☑ Yes   ☐ No

If "yes," when were the last such discussions?
- ☐ Before the case was filed below
- ☑ During the pendency of the case below
- ☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?   ☑ Yes   ☐ No

If they were mediated, by whom?

| Kent Stevens |
|--|

Do you believe that this case may be amenable to mediation?  ☐ Yes   ☑ No

Explain.

| Samsung believes that mediation would not be productive because Samsung understands that any potential resolution requires Roku and co-intervenor Universal Electronics Inc. to resolve their dispute. No offer has been made by Roku to Samsung to resolve the dispute as to Samsung. |
|--|

Provide any other information relevant to the inclusion of this case in the court's mediation program.

| N/A |
|--|

Date: 2/15/23          Signature: /s/ Andrew R. Sommer

                       Name:      Andrew R. Sommer

Save for Filing